UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIN MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>CNG RESTAURANTS LLC,<br><br>    Defendant. | Case No. 3:23-cv-00055<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

### ORDER

The initial case management conference in this matter is RESET for April 13, 2023, at 2:00 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge