IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**CHRISTIN MURPHY,** *individually, and*
*on behalf of others similarly situated,*

Plaintiffs,

v.                                                                          No. 3:23-cv-00055

**CNG RESTAURANTS LLC,**                                JUDGE CAMPBELL
*d/b/a Twin Peaks Restaurant,*                          MAGISTRATE JUDGE NEWBERN
*a Tennessee Limited Liability Company,*
**TP MIDTOWN LLC,**
*d/b/a Twin Peaks,*
*a Tennessee Limited Liability Company,*               FLSA 216(b) Collective Action
**GARY CASATELLI,** *an Individual,*
**CAM HARRINGTON,** *an Individual,*
**and DANIEL PIERCE,** *an Individual,*

                                                                                JURY DEMANDED

Defendants.

## JOINT NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Christin Murphy ("Plaintiff") TP Midtown LLC ("Defendant"), by and through counsel, respectfully move this Court to dismiss Defendant TP Midtown LLC from this action. Plaintiff and those who have opted into this lawsuit have resolved and settled all claims against Defendant. A true and correct copy of the Settlement Agreement is attached hereto as *Exhibit A*.

Accordingly, the Parties request that Defendant TP Midtown LLC be dismissed from this action with prejudice.

1

Dated: October 3, 2025.          Respectfully Submitted,

*s/J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*jbryant@jsyc.com*

***ATTORNEYS FOR PLAINTIFF AND FOR OTHERS SIMILARLY SITUATED***

&

*Edward N. Boehn (w/permission by JRB)*
Edward N. Boehm, Jr.
Fisher & Phillips LLP
1230 Peachtree N.E.
Suite 3300
Atlanta, GA 30309
404-231-1400
Fax: 404-240-4249
Email: tboehm@fisherphillips.com

***Attorneys for Defendant TP Midtown LLC***

2

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on October 3, 2025, a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Middle District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to all counsel of record who are registered with the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system:

Edward N. Boehm, Jr.
Fisher & Phillips LLP
1230 Peachtree N.E.
Suite 3300
Atlanta, GA 30309
404-231-1400
Fax: 404-240-4249
Email: tboehm@fisherphillips.com

***Attorneys for Defendant TP Midtown LLC***

                                    *s/J. Russ Bryant*