# SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This Settlement Agreement and Release of Claims ("Agreement") is made by and between TP Midtown, LLC ("TP Midtown") and the class of plaintiffs who have opted into this lawsuit and are represented by plaintiff Christin Murphy (collectively referred to as "Plaintiffs").

## RECITALS

WHEREAS, Plaintiffs filed a lawsuit against several defendants on January 20, 2023, in the United States District Court for the Middle District of Tennessee, with the lawsuit having case number 3:23-cv-00055 (the "Lawsuit").

WHEREAS, Plaintiffs filed a First Amended Collective Action Complaint on December 12, 2024, which added TP Midtown as a defendant to the Lawsuit.

WHEREAS, Plaintiffs asserted claims against TP Midtown under the Fair Labor Standards Act of 1938 ("FLSA") on behalf of themselves and those who are allegedly similarly situated to them,

WHEREAS, TP Midtown denies any violations of law and denies any liability to Plaintiffs,

WHEREAS, Plaintiffs and TP Midtown wish to resolve certain claims asserted in the Lawsuit and settle these claims in a manner that will avoid the need for further litigation of those claims,

NOW THEREFORE, in consideration of material covenants and promises contained herein, the parties agree as follows:

1. **Consideration.** TP Midtown agrees to pay the total sum of Thirty Thousdand Dollars and Zero Cents ($30,000.00) in consideration for Plaintiffs' compliance with their obligations under this Agreement. The consideration shall be paid as follows:

    (i) Ten Thousand Thirty-Four Dollars and Zero Cents ($10,034.00) to Plaintiffs for backwages allegedly due under the FLSA, in the individual amounts set forth in Exhibit A; and

    (ii) Nineteen Thousand Nine Hundred Sixty-Six Dollars and Zero Cents ($19,966.00) to Jackson, Shields, Holt, Owen & Bryant, for attorneys' fees and costs. This represents payment for all fees and costs incurred by Plaintiffs' counsel through payment of the consideration set forth in this Section and dismissal of the Lawsuit as set forth in Section 4 below. Except as provided herein, Plaintiffs specifically understand and agree that they will be responsible for all fees and costs owed to their attorneys or to anyone else engaged by them for any reason related to the Lawsuit.

The signed document can be validated at https://app.vinesign.com/Verify

The payments above shall be sent by checks to Plaintiff's counsel at 262 German Oak Drive, Memphis, Tennessee 38018 within twenty-one (21) days of this Agreement being fully executed by the parties where such funds shall remain pending the Court's entry of an order closing the Lawsuit.

Plaintiffs acknowledge that, but for the execution of this Agreement, they would not be entitled to receive this monetary consideration or other consideration provided for in this Agreement. Plaintiffs agree to pay any and all taxes, interest or penalties determined by appropriate taxing authorities to be owed by them, and Plaintiffs will hold harmless and indemnify the Company against the assertion of any claim for any such taxes, assessments, or related interest or penalties.

Plaintiffs further agree that the consideration stated herein fully compensates them for any and all alleged back wages, overtime wages, damages, attorneys' fees, and costs, and that they neither seek nor are entitled to any further wages, pay, overtime compensation, attorneys' fees or relief. The parties acknowledge the adequacy of consideration provided herein by each to the other, that this is a legally binding document, and that they intend to comply with and be faithful to its terms.

2. **Releases.** In exchange for the payments set forth above, and other good and valuable consideration, the receipt of which is hereby acknowledged, Plaintiffs hereby **RELEASE, REMISE, AND FOREVER DISCHARGE** TP Midtown, its former and current trustees, officers, administrators, agents, attorneys, employees, personally and in their respective capacities, and any other person or entity representing or succeeding to any such person or entity, from any and all claims, demands, rights, charges, actions, interests, debts, liabilities, damages, costs, attorneys' fees and expenses, or causes of action of whatever type or nature, whether legal or equitable, whether known or unknown to him/her which he/she may now have against them, either individually, jointly, or severally, his/her individual claims under the Fair Labor Standards Act for payment of hours worked up to the date of this Agreement, all liquidated damages that Plaintiffs may be entitled to under the FLSA, all attorney's fees that Plaintiffs may be entitled to under the FLSA, and all other claims relating to payment of wages, compensation, and/or overtime.

3. **Parties Released.** Plaintiffs acknowledge that this Agreement and the release provision in Section 2 above apply to and protect in all respects TP Midtown, including past, current and future parent companies, related companies, successors and assigns, owners, officers, directors, agents, employees, and insurers of any such entity.

4. **Filing of Notice of Dismissal with Prejudice**. Within three (3) days of receipt of the consideration set forth in Paragraph 1, Plaintiffs shall filed a Notice of Dismissal with Prejudice with the Court.

5. **Modification.** No modification, amendments, cancellation, deletion, addition, extension or other changes in this Agreement shall be effective for any purpose unless specifically set forth in a written agreement signed by Plaintiffs and the Defendants. This Agreement constitutes a single, integrated written agreement containing the entire understanding

between Plaintiffs and the Defendants regarding the subject matter hereof and supersedes and replaces any and all prior agreements and understandings, written or oral.

  **6.**  **Non-Admissions.** This Agreement does not constitute an admission by TP Midtown that it has violated any law or statute and TP Midtown specifically denies any such violation occurred.

  **7.**  **Severability and Waiver**. The parties agree that the covenants of this Agreement are severable and that if any single clause or clauses shall be found unenforceable, the entire Agreement shall not fail but shall be construed and enforced without any severed clauses in accordance with the terms of this Agreement. The parties also agree that any failure by any party to enforce any right or privilege under this Agreement shall not be deemed to constitute waiver of any rights and privileges contained herein. The terms of this Agreement is to be construed under the laws of the State of Tennessee.

  **8.**  **Voluntary and Knowing.** This Agreement is executed voluntarily and without any duress or undue influence on the part or behalf of the parties thereto.

  **9.**  **Extension of Time.** The parties may mutually agree upon a reasonable extension of time for deadlines and dates reflected in this Agreement, without further notice.

  **10.**  **Binding Agreement.** This Agreement shall be binding upon, and inure to the benefit of, the parties and their affiliates, beneficiaries, heirs, executors, administrators, successors, and assigns.

  **11.**  **Entire Agreement.** This Agreement constitutes the entire agreement of the parties concerning the subjects included herein.

  **12.**  **Certification.** The signatories to this Agreement certify that they are authorized to sign on behalf of their respective parties.

  **13.**  **Counterparts.** The parties may execute this Agreement in counterparts, and execution in counterparts shall have the same force and effect as if the parties had signed the same instrument.

ON BEHALF OF PLAINTIFFS:

_____
Christin Murphy
Date: _____05/06/2025

**DEFENDANT:**

**TP MIDTOWN, LLC**

By: _____
Title: _____
Date: _____

# EXHIBIT A

| Plaintiff | OT |
|---|---:|
| BARRETT, Kristin | $50.00 |
| BELL, Trinitee | $50.00 |
| BILES, Valeria | $2,254.00 |
| BRASHER, Kamariya | $100.00 |
| BUCHANAN, Jalisa | $1,363.00 |
| GRIECO, Rachel | $760.00 |
| JACKSON, Alena | $150.00 |
| MCCLAIN, Kylie | $377.00 |
| MURPHY, Christin | $3,604.00 |
| PLATTENBURG, Jayra | $348.00 |
| REILLY, Elise | $150.00 |
| SNIDER, Briana | $712.00 |
| WALKER, Dinae | $116.00 |
| | |
| | |
| TOTAL | $ 10,034.00 |

The payments listed in the "OT" column above shall be subject to applicable withholdings and deductions.