**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTIN MURPHY, individually and on behalf of others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | **NO. 3:23-cv-00055** |
| **v.** | ) ) | **JUDGE CAMPBELL** |
| **CNG RESTAURANTS LLC, d/b/a Twin Peaks Restaurant, TP MIDTOWN LLC, d/b/a Twin Peaks, GARY CASATELLI, CAM HARRINGTON, and DANIEL PIERCE,** | ) ) ) ) ) ) | **MAGISTRATE JUDGE NEWBERN** |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is a Joint Notice of Dismissal filed by Plaintiff Christin Murphy and Defendant TP Midtown LLC and a copy of the Settlement Agreement for the Court's approval. (Doc. Nos. 55, 56). Based upon the parties' agreement, Defendant TP Midtown LLC is **DISMISSED WITH PREJUDICE**.

On or before October 21, 2025, Plaintiff shall file a notice of concerning intent to proceed with claims against the remaining defendants.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE